# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2441
_____

BURT LEON SETTS,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Mandamus—Original Proceeding.

December 23, 2024

PER CURIAM.

   According to the State, the trial court has ruled on the petitioner's motion for postconviction relief.

   DISMISSED as moot. *See Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024) (citing authority for dismissal when a petition or appeal is moot).

KELSEY, M.K. THOMAS, and TANENBAUM, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Burt Leon Setts, pro se, Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.